CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

MAR 0 4 2015

JULIA C. DUDLEY, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RHONDA L. CARTER, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:13cv00386 |
| v. | ) |
| CAROLYN W. COLVIN, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, it is hereby **ORDERED** that the magistrate judge's report and recommendation (Dkt. # 24) is **ADOPTED in its entirety**; the plaintiff's motion for summary judgment (Dkt. # 15) is **DENIED**; the Commissioner's motion for summary judgment (Dkt. # 17) is **GRANTED**; the Commissioner's decision is **AFFIRMED**; and this case is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 03-03-15

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge